■ INTERCONTINENTAL HOTELS CORPORATION (PUERTO RICO) v. JACK GOLDEN.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HILL.— Assignment of Anthony F. Marra, Esq., as counsel for defendant-appellant contained in the order of this court entered on May 10, 1962, vacated, and Otto Fusco, Esq., of 180 East 161st St., Bronx, New York, is assigned as counsel for defendant-appellant in the place of Anthony F. Marra, Esq. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK McMANUS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY E. JOHNSON. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JUAN MONTANEZ.— [In each action] Motion to dismiss appeal granted. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. BENJAMIN INABINETT. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY POLLINO.— [In each action] Motion to dismiss appeal denied. Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

## (June 6, 1962)

■ MARJORIE DEUTSCH, as Guardian ad Litem of CHRISTOPHER DEUTSCH, an Infant, et al., Respondents, v. DOCTORS HOSPITAL, INC., Appellant.— Order, entered on May 10, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ.